1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER: CR04-99-01S** **May 31, 2005**

**TITLE: USA V. ANTHONY GORIS**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COUR[illegible]E CLAYTON**

**IN COU[illegible]m. -[illegible]**

---

**COUNSEL PRESENT: Gove[illegible]**
**Def[illegible]uire**
**P[illegible] Mi[illegible]l Per[illegible]**

**<u>RE: Sentencing</u>**

**<u>Proceedings</u> - All counsel of record present; Defendant present; Court imposes 24 months as to Counts I and II to be served concurrently with each other; S/R 3 years as to Counts I and II to run concurrently with each other; While on S/R the defendant shall participate in a program for substance abuse which may include testing (up to 72 tests per year); S/A $200.00; The Court recommends to BOP that the defendant be placed in a facility that provides a drug treatment program; Defendant to remain in custody.**

53